■ Nicole S. Maurer, Respondent-Appellant, v Tops Markets, LLC, Appellant-Respondent. (Appeal No. 3.) [899 NYS2d 723]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Carni, Pine and Gorski, JJ.

■ In the Matter of Dana Rene Gignac, R. Ph., Doing Business as Saratoga Pharmacy, Petitioner, v David A. Paterson, as Governor of the State of New York, et al., Respondents. [899 NYS2d 723]—Motion for reargument denied. Present—Scudder, P.J., Peradotto, Green and Gorski, JJ.

■ Scott Van Buskirk, Appellant, v State of New York, Respondent. (Claim No. 107578.) [899 NYS2d 722]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ The People of the State of New York ex rel. Sheltiere Brooks, Appellant, v New York State Department of Correctional Services, Respondent. [899 NYS2d 722]—Appeal dismissed without costs as moot. Counsel's motion to be relieved of assignment granted. (Appeal from Judgment of Supreme Court, Wyoming County, Mark H. Dadd, J.—Habeas Corpus). Present—Scudder, P.J., Martoche, Fahey, Gorski and Green, JJ.

■ The People of the State of New York ex rel. John Covington, Appellant, v Harold Graham, Superintendent, Auburn Correctional Facility, Respondent. [899 NYS2d 684]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Cayuga County, Mark Fandrich, J.—Habeas Corpus). Present—Scudder, P.J., Martoche, Fahey, Gorski and Green, JJ.

■ The People of the State of New York, Respondent, v Kevin Dunn, Appellant. [899 NYS2d 683]—Motion to dismiss granted. Memorandum: Appeal unanimously dismissed and matter remitted to Erie County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or counsel for defendant (see People v Matteson, 75 NY2d 745 [1989]). Present—Scudder, P.J., Martoche, Smith, Centra and Fahey, JJ.

■ The People of the State of New York ex rel. Garnett R. Leacock, Appellant, v Department of Correctional Services, Respondent. [899 NYS2d 723]—Motion for reargument, or in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.